# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONATHAN LEE RICHES, | ) | 1:07cv1890 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| KEVIN MITNICK, | ) | |
| Defendant. | ) | |

Plaintiff Jonathan Lee Riches ("Plaintiff") is incarcerated at FCI Williamsburg in South Carolina and filed this action on December 27, 2007. Review of the docket reveals that Plaintiff has filed more than 30 actions in this Court's Fresno and Sacramento divisions since October 2007. In fact, Plaintiff has inundated federal courts across the county with meritless litigation in recent years. He filed neither an application to proceed in forma pauperis nor paid the $350 filing fee.

This Court's January 9, 2008 order dismissed another of Plaintiff's actions, *Riches v. Bak,* 1:07cv1883 LJO DLB, as frivolous and directed the clerk to refuse to file Plaintiffs' future complaints unaccompanied by the filing fee. This action was filed prior to the January 9, 2008 order, and although the order influences the outcome of this action, the Court must nonetheless explain why this action is dismissed.

Pursuant to 28 U.S.C. § 1915(e)(2), this Court must conduct an initial review Plaintiffs' complaint for sufficiency to state a claim. This Court must dismiss a complaint or portion thereof if the Court determines that the action is legally "frivolous or malicious," fails to state a claim upon

1  which relief may be granted, or seeks monetary relief from a defendant who is immune from such
2  relief. 28 U.S.C. § 1915(e)(2). If this Court determines that the complaint fails to state a claim,
3  leave to amend may be granted to the extent that the deficiencies of the complaint can be cured by
4  amendment.

5  Review of Plaintiff's complaint reveals that it is patently frivolous and fails to state a
6  colorable claim to invoke this Court's jurisdiction. He names Kevin Mitnick, "California
7  superhacker," as Defendant and seeks return of his property. He alleges that the "Government
8  donated [his] identify theft forfeitured [sic] laptop computer Toshiba to him." Apparently, this
9  computer contained "encrypted data on California Wild Fire virus and spy equipment with
10 Belichick's fingerprints." Complaint, at 1. He also requests the "x-ray glasses Mitnick wears" as
11 well as $10 dollars.

12 Despite Plaintiff's reference to his civil rights and 42 U.S.C. § 1983, his complaint is absurd
13 and, like his other complaints, is an abuse of the judicial process. Plaintiff's complaint fails to state
14 a claim under 42 U.S.C. § 1983 or a basis for this Court's jurisdiction. To the extent that Plaintiff
15 complains of conditions of his confinement in that solitary confinement violates his civil rights,
16 Plaintiff fails to state sufficient facts to invoke this Court's jurisdiction.

17 On the basis of good cause, this Court:
18 1. DISMISSES with prejudice this action as frivolous; and
19 2. DIRECTS the Court's clerk to close this action.
20 IT IS SO ORDERED.
21 **Dated:   January 10, 2008**          /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE